UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
JUAN GALICIA BLANCO, individually and on behalf of :
all others similarly situated,                                    :
                                                                  :
                              Plaintiff,                          :          19-cv-9295 (LJL)
                                                                  :
        -v-                                                       :          ORDER
                                                                  :
NIKKO STEAKHOUSE & LOUNGE INC., KEN                               :
CHEN, and LENDY CHEN,                                             :
                                                                  :
                              Defendants.                         X

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        On October 8, 2019, Plaintiff initiated this action to recover damages for alleged
violations of federal and state wage and hour laws arising out of Plaintiff's employment at
Defendant Nikko Steakhouse & Lounge Inc. ("Nikko Steakhouse"), located at 230 White Plains
Road, Tarrytown, New York 10591.  Dkt. No. 1.  Plaintiff alleges that the two other Defendants
in the case are owners of Nikko Steakhouse.

        Pursuant to Rule 18(a)(i) of the Rules for the Division of Business Among District Judges
for the Southern District of New York, a civil case "shall be designated for assignment to White
Plains if," as relevant here, "[t]he claim arose in whole or in major part in the Counties of
Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at
least one of the parties resides in the Northern Counties."  In this case, Defendant Nikko
Steakhouse is in Westchester County, the service addresses Plaintiff listed for Defendants Ken
Chen and Lendy Chen are in Westchester County, and nothing in the Complaint indicates that
any part of the claim arose outside of Westchester County.

        Accordingly, this case has been reassigned to the White Plains courthouse.


        SO ORDERED.


Dated: February 25, 2020                     _____
        New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge