# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

September 18, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE:* CIVIL CONFERENCES BEFORE
U.S.M.J. PAUL E. DAVISON

**ORDER**

7:19-cv-09295-KMK-PED

Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

Toll-Free Number: (877) 336-1839
Access Code: 5999739

The parties should call in from a landline and announce their names before speaking.

For Settlement Conferences: Clients should NOT be on the conference call.  Counsel must have ready telephonic access to clients.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Sep 18, 2020**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

9/18/20