

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

## MEMO ENDORSED

January 11, 2021

**Via ECF**

The Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Blanco v. Nikko Steakhouse & Lounge, Inc., et al**
    **19-CV-9295 (KMK)(PED)**

Dear Judge Karas:

    We represent the Plaintiff in the above-referenced matter and we submit this letter motion advising the Court that the parties have reached a settlement in principle and requesting that all currently discovery deadlines be stayed so that the parties may focus their efforts on preparing the necessary settlement documents.

    As this matter involves claims asserted under the Fair Labor Standards Act, the parties respectfully request three weeks to draft and finalize the settlement agreement and motion for court approval of the agreement. If this request is granted, the parties can file their settlement submissions to the Court on or before February 1, 2021.

    We thank the Court for its consideration and remain available to provide any additional information.

Both requests are granted. The case is stayed on the condition that the Parties are to file the settlement submission by 2/1/21.

So Ordered.

*[signature]*

1/12/21

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.